IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON W. COLON, | : | No. 3:24cv1152 |
| Petitioner | : | (Judge Munley) |
| v. | : | |
| FACILITY MANAGER MASON, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 15th day of July 2024, upon preliminary review of petitioner's motion for relief under Rule 60(b), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Rule 60(b) motion is **CONSTRUED** as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and is **DISMISSED** as so construed as an unauthorized second or successive habeas petition. (Doc. 1).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court